# JACKMAN POWERSPORTS

Yamaha-Polaris-Skidoo-Arctic Cat
Snowmobile-ATV-Chainsaw Sales & Service
549 Main Street, Jackman, Maine 04945
207-668-4442 or 800-287-SNOW

| CUSTOMER'S ORDER NO. | PHONE (508) | DATE 10/10/09 |
|---|---|---|
| NAME | Peter J. Phaneuf | |
| ADDRESS | 179 Middle Rd | |
| | Southboro, MA. 01772 | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2007 | Sportsman 800 EFI | | 6399 00 |
| | Ser # 4XAMH76A97A219392 | | |
| | Paid | | |
| | | TAX | Out of State |
| | | TOTAL | 6399 — |

RECEIVED BY

D PRODUCT 610T    All claims and returned goods must be accompanied by this bill.

72030

THANK YOU

PLTF0176